

P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

Customer service: 1.800.432.1000

En Español: 1.800.688.6086

bankofamerica.com

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

SONIA LOPEZ
4287 EL ANTONIO PL
LAS VEGAS, NV  89121-6619

## Your Adv SafeBalance Banking

for August 12, 2022 to September 12, 2022

**SONIA LOPEZ**

Account number: 0235

### Account summary

| | |
|---|---:|
| Beginning balance on August 12, 2022 | $14.55 |
| Deposits and other additions | 2,911.10 |
| ATM and debit card subtractions | -1,613.19 |
| Other subtractions | -807.00 |
| Service fees | -4.95 |
| **Ending balance on September 12, 2022** | **$500.51** |

### A powerful tool for turning your goals into action

Bank of America Life Plan[1] is an easy, customizable way to help you set and track goals, get personalized advice and adjust as priorities change. It's also a great way to prepare for meeting with a financial specialist!



**Start making your Life Plan today.** Scan the QR code or go to bankofamerica.com/LifePlan.

[1] To view or use Life Plan, you must be enrolled in Online Banking or Mobile Banking. Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.
Bank of America Life Plan is a registered trademark of the Bank of America Corporation.

SSM-06-21-0079.B  I  3600286

# IMPORTANT INFORMATION:
# BANK DEPOSIT ACCOUNTS

**How to Contact Us** - You may call us at the telephone number listed on the front of this statement.

**Updating your contact information** - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

**Deposit agreement** - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

**Electronic transfers: In case of errors or questions about your electronic transfers** - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

**Reporting other problems** - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

**Direct deposits** - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2022 Bank of America Corporation

Bank of America, N.A. Member FDIC and  Equal Housing Lender


**BANK OF AMERICA**

SONIA LOPEZ  |  Account ████████0235  |  August 12, 2022 to September 12, 2022

## Deposits and other additions

| Date | Description | Amount |
|---|---|---:|
| 08/12/22 | Online Banking transfer from CHK 9929 Confirmation# 4133028244 | 1,200.00 |
| 08/15/22 | Online Banking transfer from CHK 9929 Confirmation# 4336987219 | 50.00 |
| 08/16/22 | Counter Credit | 1,000.00 |
| 09/01/22 | CHECKCARD  0831 AMZN MKTP US AMZN.COM/B AMZN.COM/BILLWA 7443106224408300855 | 30.55 |
| 09/01/22 | CHECKCARD  0831 AMZN MKTP US AMZN.COM/B AMZN.COM/BILLWA 7443106224408300060 | 30.55 |
| 09/08/22 | BKOFAMERICA ATM 09/08 #000004141 DEPOSIT PECOS BRANCH    LAS VEGAS    NV | 600.00 |
| **Total deposits and other additions** | | **$2,911.10** |

## Withdrawals and other subtractions

### ATM and debit card subtractions

| Date | Description | Amount |
|---|---|---:|
| 08/15/22 | CHECKCARD  0814 AMZN MKTP US*9F1A63SZ3 AMZN.COM/BILLWA 24431062226083739177825 | -30.55 |
| 08/15/22 | CHECKCARD  0814 AMZN MKTP US*RT62D1JM3 AMZN.COM/BILLWA 24431062226083348849079 | -27.88 |
| 08/15/22 | CHECKCARD  0814 AMZN MKTP US*GL7HL8N23 AMZN.COM/BILLWA 24431062226083339672332 | -9.08 |
| 08/15/22 | CHECKCARD  0814 AMZN MKTP US*BY5TL0FD3 AMZN.COM/BILLWA 24431062226083740062271 | -40.79 |
| 08/15/22 | CHECKCARD  0813 ANTAHKARANA 347-671-1894 FL 24039642226207710500193 | -129.00 |
| 08/15/22 | CHECKCARD  0814 AMZN MKTP US*MK1JA8B03 AMZN.COM/BILLWA 24431062226083711686959 | -42.72 |
| 08/15/22 | CHECKCARD  0814 PANDA EXPRESS 556 LAS VEGAS    NV 24431062227838002679537 | -30.35 |
| 08/15/22 | CHECKCARD  0815 AMZ*ShopOfficialBee pay.amazon.coCA 24692162227100408815666 | -32.20 |
| 08/16/22 | CHECKCARD  0815 AMZN MKTP US*RJ6LY76Z3 AMZN.COM/BILLWA 24431062227083306342520 | -47.34 |

*continued on the next page*



**New! Scan & pay an easier way**
Securely pay people in a snap when you scan their unique Zelle® QR code without manually entering contact information.
**Download the app and start sending money today.**

[1] Zelle and the Zelle related marks are wholly owned by Early Warning Services, LLC and are used herein under license.

[2] Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.

SSM-01-22-2811.B  |  4336404

## Withdrawals and other subtractions - continued

### ATM and debit card subtractions - continued

| Date | Description | Amount |
|---|---|---|
| 08/16/22 | CHECKCARD  0815 AMAZON.COM*VI8TR3W83 AM AMZN.COM/BILLWA 24431062227083303032454 | -112.50 |
| 08/16/22 | CHECKCARD  0815 AMAZON.COM*DD19Z7LW3 AM AMZN.COM/BILLWA 24431062228083306592248 | -128.55 |
| 08/16/22 | DILLARDS 944 G  08/16 #000732891 PURCHASE DILLARDS 944 GALL  HENDERSON     NV | -448.67 |
| 08/16/22 | 0331 /1NV001 S  08/16 #000786217 PURCHASE 0331 /1NV001 SEES  HENDERSON     NV | -27.00 |
| 08/17/22 | CHECKCARD  0817 Audible*OU14M5M93 Amzn.com/billNJ 24692162229100106972593 | -14.95 |
| 08/18/22 | CHECKCARD  0816 TACO BELL 031902 LAS VEGAS    NV 24943002229838004577437 | -2.81 |
| 08/18/22 | CHECKCARD  0816 IN N OUT BURGER 334 LAS VEGAS    NV 24013392229001926393264 | -2.44 |
| 08/18/22 | CHECKCARD  0817 CHAVELOS MEXICAN GRILL HENDERSON    NV 24943002230400996000071 | -67.34 |
| 08/19/22 | CHECKCARD  0817 TACO BELL 031902 LAS VEGAS    NV 24943002230838003383446 | -12.96 |
| 08/19/22 | CHECKCARD  0817 Robertos Taco Shop HENDERSON    NV 24426292230016024544378 | -31.79 |
| 08/19/22 | CHECKCARD  0818 ACI*CREDIT ONE BANK, N. 877-825-3242 NV 24445002230300549539372 | -64.95 |
| 08/19/22 | CHECKCARD  0818 KFC D212100 LAS VEGAS    NV 24943002231400070000400 | -12.33 |
| 08/19/22 | CHECKCARD  0819 CHEVRON 0207112 LAS VEGAS    NV 24692162231100732109020 | -35.00 |
| 08/19/22 | CHECKCARD  0818 MCDONALD'S F22396 LAS VEGAS    NV 24427332230740278862789 | -19.59 |
| 08/19/22 | SMART AND FINA  08/19 #000823294 PURCHASE SMART AND FINAL    LAS VEGAS     NV | -126.64 |
| 08/22/22 | CHECKCARD  0822 BR BUMPER.COM 332-225-9745 NY 24492152234717684563357 | -1.00 |
| 09/06/22 | CHECKCARD  0902 BR BUMPER.COM 332-225-9745 NY 24492152245713211027500 RECURRING | -19.99 |
| 09/09/22 | CHECKCARD  0908 CHINA A GO GO HENDERSON    NV 24801972252200852100736 | -21.68 |
| 09/12/22 | PURCHASE   0910 OFFERUP* ID205476260 OFFERUP.COM  WA | -38.17 |
| 09/12/22 | PURCHASE   0910 OFFERUP* ID205476265 OFFERUP.COM  WA | -34.92 |
| **Total ATM and debit card subtractions** | | **-$1,613.19** |

### Other subtractions

| Date | Description | Amount |
|---|---|---|
| 08/15/22 | Online Banking transfer to CHK 9929 Confirmation# 4243050319 | -20.00 |
| 08/15/22 | Online Banking transfer to CHK 9929 Confirmation# 2058418480 | -613.00 |
| 08/18/22 | Online Banking transfer to CHK 2538 Confirmation# 1679761565 | -70.00 |
| 08/18/22 | Online Banking transfer to CHK 9929 Confirmation# 1285245992 | -60.00 |
| 08/22/22 | Online Banking transfer to CHK 9929 Confirmation# 2020275733 | -3.00 |
| 09/06/22 | Online Banking transfer to CHK 9929 Confirmation# 4626630077 | -41.00 |
| **Total other subtractions** | | **-$807.00** |



SONIA LOPEZ   |   Account 0235   |   August 12, 2022 to September 12, 2022

## Service fees

| Date | Transaction description | Amount |
|---|---|---|
| 09/12/22 | Monthly Maintenance Fee | -4.95 |
| **Total service fees** | | **-$4.95** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

Braille and Large Print Request - You can request a copy of this statement in Braille or Large Print by calling 800.432.1000 or going to bankofamerica.com and enter Visually Impaired Access from the home page.

**BANK OF AMERICA**

This page intentionally left blank



P.O. Box 15284
Wilmington, DE 19850

SONIA LOPEZ
4287 EL ANTONIO PL
LAS VEGAS, NV  89121-6619

**Customer service information**

- Customer service: 1.800.432.1000
- En Español: 1.800.688.6086
- bankofamerica.com
- Bank of America, N.A.
  P.O. Box 25118
  Tampa, FL 33622-5118

# Your Adv SafeBalance Banking

for July 12, 2022 to August 11, 2022
**SONIA LOPEZ**

Account number: 0235

## Account summary

| | |
|---|---:|
| Beginning balance on July 12, 2022 | -$4.49 |
| Deposits and other additions | 1,132.68 |
| ATM and debit card subtractions | -1,108.69 |
| Other subtractions | -0.00 |
| Service fees | -4.95 |
| **Ending balance on August 11, 2022** | **$14.55** |

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

**How to Contact Us** - You may call us at the telephone number listed on the front of this statement.

**Updating your contact information** - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

**Deposit agreement** - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

**Electronic transfers: In case of errors or questions about your electronic transfers** - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

**Reporting other problems** - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

**Direct deposits** - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2022 Bank of America Corporation

Bank of America, N.A. Member FDIC and  🏠  Equal Housing Lender


**BANK OF AMERICA**

SONIA LOPEZ  |  Account ▉▉▉▉0235  |  July 12, 2022 to August 11, 2022

Bank of America is hosting our second annual virtual electric vehicle show on Friday, September 9, at noon Eastern. From the comforts of home and through your computer/mobile device, you can participate in a virtual tour of the latest electric vehicles many manufacturers have to offer. Sign up today to attend at bankofamerica.com/autoloans/evolution.

## Deposits and other additions

| Date | Description | | | Amount |
|---|---|---|---|---|
| 07/18/22 | Online Banking transfer from CHK 8792 Confirmation# 3407964034 | | | 5.00 |
| 08/01/22 | BKOFAMERICA MOBILE 07/30 3698756699 DEPOSIT | *MOBILE | NV | 1,127.68 |
| **Total deposits and other additions** | | | | **$1,132.68** |

## Withdrawals and other subtractions

### ATM and debit card subtractions

| Date | Description | Amount |
|---|---|---|
| 08/08/22 | CHECKCARD 0805 COSTCO WHSE #0563 LAS VEGAS    NV 24943002218898000063728 | -737.45 |
| 08/08/22 | CHECKCARD 0805 TJ MAXX #1124 LAS VEGAS    NV 24137462218001603904644 | -129.69 |
| 08/08/22 | CHECKCARD 0806 TACO BELL 031887 LAS VEGAS    NV 24943002219838003818552 | -2.81 |
| 08/08/22 | CHECKCARD 0806 TJ MAXX #1124 LAS VEGAS    NV 24137462219001321598156 | -112.09 |
| 08/08/22 | CHECKCARD 0806 ROBERTO'S TACO SHOP NORTH LAS VEGNV 24426292219016045111509 | -5.74 |
| 08/08/22 | CHECKCARD 0808 CHEVRON 0207119 LAS VEGAS    NV 24692162220100502006292 | -35.86 |
| 08/09/22 | CHECKCARD 0808 UNRAVELER 402-935-7733 IN 24492152220852860270356 | -55.55 |
| 08/10/22 | CHECKCARD 0808 DON TORTACO MEXICAN GRI LAS VEGAS    NV 24240702221900011494023 | -21.67 |
| 08/11/22 | CHECKCARD 0811 OFFERUP* ID205170661 OFFERUP.COM  WA 24011342223000005461706 | -7.83 |
| **Total ATM and debit card subtractions** | | **-$1,108.69** |

---

### Take your security to the next level



Check your security meter level and watch it rise as you take action to help protect against fraud.

**See it in the Mobile Banking app and Online Banking.**
Scan this code or visit **bofa.com/SecurityCenter** to learn more.

When you use the QRC feature certain information is collected from your mobile device for business purposes. Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.    SSM-01-22-2466.B  |  4016001

SONIA LOPEZ  |  Account ████0235  |  July 12, 2022 to August 11, 2022

## Service fees

| Date | Transaction description | Amount |
|---|---|---|
| 08/11/22 | Monthly Maintenance Fee | -4.95 |

**Total service fees**　　　　　　　　　　　　　　　　　　　　　　　　　　　**-$4.95**

Note your Ending Balance already reflects the subtraction of Service Fees.

Braille and Large Print Request - You can request a copy of this statement in Braille or Large Print by calling 800.432.1000 or going to bankofamerica.com and enter Visually Impaired Access from the home page.