SETH D BALLSTAEDT, ESQ.
Nevada Bar No.: 11516
FAIR FEE LEGAL SERVICES
8751 W. Charleston Blvd., Suite 230
Las Vegas, NV 89117
P: (702) 715-0000
F: (702) 666-8215
E: help@bkvegas.com

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>SONIA  LOPEZ<br><br><br><br><br><br>Debtor(s) | CASE NO.: 21-12418-MKN<br>TRUSTEE:<br><br>CHAPTER: 11<br><br>HEARING DATE: JANUARY 25, 2023<br>HEARING TIME: 9:30 AM |

## OPPOSITION TO MOTION TO DISMISS OR CONVERT CHAPTER 11 CASE

SONIA  LOPEZ (hereinafter referred to as "Debtor(s)"), by and through their attorney, Seth D. Ballstaedt, Esq., and hereby oppose the Motion to Convert or Dismiss filed by the Office of the United States Trustee ("Trustee") on the grounds set forth below:

1.      Debtor(s) commenced this case on May 10, 2021 by filing a voluntary petition for relief under Chapter 11 of Title 11 of the United States Bankruptcy Code.

2.      On July 18, 2022, the Debtor's motion to convert the case to a case under chapter 11 was granted (Dkt #77).

3.      Debtor suffered from health issues and was not able to work much at her self-employment job for several months in the beginning of 2022.  When the bankruptcy case was converted, she was just getting on her feet again

FAIR FEE LEGAL SERVICES
8751 W. Charleston Blvd., Suite 230
Las Vegas, NV 89117

1    with her work.  Debtor also has not been able to complete her 2021 taxes

2    yet because she still has not received all her tax documents.  Debtor is

3    still working on providing the remaining documents as requested by the

4    office of the US Trustee.

5

6    4.    Further, Debtor has had a difficult struggle regarding opening the

7    required Debtor-In-Possession ("DIP") bank accounts.  The requirement

8    to open DIP accounts created a hardship on Debtor as most banks will not

9    open DIP accounts, and the list provided by the US Trustee did not

10   accurately represent financial institutions willing to open DIP accounts

11   for the Debtor.  Debtor finally was able to have Bank of America assure

12   her that her current account would be converted to a DIP account.  The

13   agent informed her that they could simply reclassify it as a DIP account.

14   However, she has been informed by the office of the US Trustee that the

15   account is not an actual DIP account, and therefore, Debtor requests more

16   time to correctly open DIP accounts in a satisfactory manner as required

17   by the US Trustee.

18

19   5.    Debtor also experienced hardship when seeking to complete her Chapter

20   11 Monthly Operating Reports ("MORs").  The MORs form on the US

21   Trustee's website cannot be opened from either Debtor's phone or

22   computer, and she had a very hard time completing the report.  This is not

23   an excuse, but certainly caused great difficulty in completing the required

24   forms and caused multiple road-blocks and complications with

25   completing the reports.  Debtor has now caught up on her MOR's and

26   intends to stay current on future reporting.

27

28

6.          Debtor has now proposed a chapter 11 plan (Dkt #108) to re-amortize the mortgage loan on her rental property, pay her priority and administrative claims, pay her secured tax claim, and to pay the general unsecured creditors in two classes.  Debtor believes that this plan will adequately protect her secured creditors, as well as satisfy the unsecured creditors.

    a.  Class 3 is made up of the Student Loan Creditors, who are identified in the plan and will be paid the regular monthly payments as they come due, therefore, the claim of the student loan creditors is not impaired.

    b.  Class 4 is made up of the remaining general unsecured non-priority creditors who will be paid through the plan 100% of their claims.

7.          Debtor requests that the Motion to Dismiss or convert be denied, or in the alternative, be continued until such time as the Chapter 11 plan is confirmed.

WHEREFORE, Debtor(s) pray that this honorable court:

1.          DENY the Trustee's motion to Dismiss or convert this instant case.

2.          In the alternative, allow a continuance to allow debtor to confirm her chapter 11 plan

3.          Any further just and equitable relief, this court deems appropriate.

Dated this 11 day of January, 2023

/s/ Seth D Ballstaedt, Esq.
Seth D Ballstaedt, Esq.
FAIR FEE LEGAL SERVICES
*Attorney for Debtor(s)*

FAIR FEE LEGAL SERVICES
8751 W. Charleston Blvd., Suite 230
Las Vegas, NV 89117