# DECLARATION OF DEBTOR(S)

I / We, Sonia Lopez, BK # 21-12418 _____,

Do hereby declare as follows:

I have not yet been able to file my 2021 tax returns for the following reason:

Ihave not filed my taxes because I have been waiting for a tax filing document. I have not received it.  I hope to file my 2021 taxes by the end of January .

My 2021 taxes will be filed by (Date):

1/30/2023

I / We declare under penalty of perjury that the forgoing is true and correct.

Executed on Date: 01 / 11 / 2023

Debtor Signature: *Sonia Lopez*

Co-Debtor Signature: _____

# Signature Certificate

Reference number: NFPYW-5SNCA-ZUOSB-PPFJQ

| Signer | Timestamp | Signature |
|---|---|---|
| **Sonia Lopez**<br>Email: sonialopez0815@gmail.com<br>Shared via link | | *Sonia Lopez* |
| Sent:<br>Viewed:<br>Signed: | 10 Jan 2023 20:45:30 UTC<br>11 Jan 2023 22:05:07 UTC<br>11 Jan 2023 22:07:15 UTC | IP address: 71.38.197.138<br>Location: Las Vegas, United States |

Document completed by all parties on:
11 Jan 2023 22:07:15 UTC

Page 1 of 1



**Signed with PandaDoc**

PandaDoc is a document workflow and certified eSignature solution trusted by 30,000+ companies worldwide.

