| Projected Post-Confirmation income | | |
|---|---|---|
| **SONIA LOPEZ** | | |
| INCOME | | |
| Income from Self-employment | $6,146.00 | |
| Income from Rental property | $1,980.00 | |
| | | |
| **TOTAL PROJECTED INCOME** | $8,126.00 | |
| | | |
| | | |
| **EXPENSES (not paid through the plan)** | | |
| All other Personal and rental propertyexpenses | $5,124.00 | |
| Priority claim of the IRS | $775.00 | |
| Class 1 plan payments - Secured claim to Unified Mortgage | $746.46 | |
| Class 2 plan payments - Secured claim to Tulare County | $555.55 | |
| Class 3 Plan payments (student Loans) payments estimated. | $500.00 | |
| Class 4 Plan payments (Non-priority General Unsecured creditors except student loan creditors) | 266.25 | |
| Administrative Expenses - Attorney fee payments of $150 per month or based on total remaining amount due as determined by the court | $150.00 | |
| | | |
| **TOTAL PROJECTED EXPENSES** | $8,117.26 | |
| | | |
| **TOTAL NET INCOME** | $8.74 | |