| **SONIA LOPEZ - Liquidation Value** | | | | |
|---|---|---|---|---|
| | | | | |
| | | | | |
| Property Value | | | | |
| | $500,000.00 | 819 N Divisadero St Visalia, CA 93291 | | |
| | $1,621.00 | 2005 Mercedes Benz | | |
| | $12,000.00 | Household goods/electronics, clothing | | |
| | $200.00 | Cash in bank account | | |
| | | | | |
| **Total** | $513,821.00 | | | |
| | | | | |
| **Less:** | | | | |
| Sch D Secured Claims | $150,042.74 | | | |
| Sch E Priority Claims | $35,471.70 | | | |
| Est Ch 7 admin Expenses (10%) in a hypothetical liquidation | $51,382.10 | | | |
| | | | | |
| **Available to General Unsecured** | **$276,924.46** | | | |