| PROPOSED CHAPTER 11 PAYMENT CALENDAR - SONIA LOPEZ Date | Remaining Attorney fees (after court approval) est.18000 | IRS priority tax claim $35,471.70 | Class 1 - Mtg Payments to Unified Mtg Services 746.46 (plus escrow if applicable) | Class 2 - Secured claim of Tulare County CA $29,084.54 + interest | Class 3 - General Unsecured Student Loan Claims Payments estimated, to begin when not on hold or in forbearance | Class 4 - General Unsecured creditors to be paid 100% Capio Partners, LLC - $1,888.00 | Class 4 - General Unsecured creditors to be paid 100% Capio Partners, LLC- $114 | Class 4 - General Unsecured creditors to be paid 100% IRS - $6,473.12 | Class 4 - General Unsecured creditors to be paid 100% Sunrise Hospital - $7,500 | Total Estimated Monthly Payment |
|---|---|---|---|---|---|---|---|---|---|---|
| MONTH 1 (Anticipated to be April 1, 2023) | $150.00 | $775.00 | $746.46 | $555.55 | $500.00 | $31.47 | $1.90 | $107.89 | $125.00 | $2,993.27 |
| 2 | $150.00 | $775.00 | $746.46 | $555.55 | $500.00 | $31.47 | $1.90 | $107.89 | $125.00 | $2,993.27 |
| 3 | $150.00 | $775.00 | $746.46 | $555.55 | $500.00 | $31.47 | $1.90 | $107.89 | $125.00 | $2,993.27 |
| 4 | $150.00 | $775.00 | $746.46 | $555.55 | $500.00 | $31.47 | $1.90 | $107.89 | $125.00 | $2,993.27 |
| 5 | $150.00 | $775.00 | $746.46 | $555.55 | $500.00 | $31.47 | $1.90 | $107.89 | $125.00 | $2,993.27 |
| 6 | $150.00 | $775.00 | $746.46 | $555.55 | $500.00 | $31.47 | $1.90 | $107.89 | $125.00 | $2,993.27 |
| 7 | $150.00 | $775.00 | $746.46 | $555.55 | $500.00 | $31.47 | $1.90 | $107.89 | $125.00 | $2,993.27 |
| 8 | $150.00 | $775.00 | $746.46 | $555.55 | $500.00 | $31.47 | $1.90 | $107.89 | $125.00 | $2,993.27 |
| 9 | $150.00 | $775.00 | $746.46 | $555.55 | $500.00 | $31.47 | $1.90 | $107.89 | $125.00 | $2,993.27 |
| 10 | $150.00 | $775.00 | $746.46 | $555.55 | $500.00 | $31.47 | $1.90 | $107.89 | $125.00 | $2,993.27 |
| 11 | $150.00 | $775.00 | $746.46 | $555.55 | $500.00 | $31.47 | $1.90 | $107.89 | $125.00 | $2,993.27 |
| 12 | $150.00 | $775.00 | $746.46 | $555.55 | $500.00 | $31.47 | $1.90 | $107.89 | $125.00 | $2,993.27 |
| 13 | $150.00 | $775.00 | $746.46 | $555.55 | $500.00 | $31.47 | $1.90 | $107.89 | $125.00 | $2,993.27 |
| 14 | $150.00 | $775.00 | $746.46 | $555.55 | $500.00 | $31.47 | $1.90 | $107.89 | $125.00 | $2,993.27 |
| 15 | $150.00 | $775.00 | $746.46 | $555.55 | $500.00 | $31.47 | $1.90 | $107.89 | $125.00 | $2,993.27 |
| 16 | $150.00 | $775.00 | $746.46 | $555.55 | $500.00 | $31.47 | $1.90 | $107.89 | $125.00 | $2,993.27 |
| 17 | $150.00 | $775.00 | $746.46 | $555.55 | $500.00 | $31.47 | $1.90 | $107.89 | $125.00 | $2,993.27 |
| 18 | $150.00 | $775.00 | $746.46 | $555.55 | $500.00 | $31.47 | $1.90 | $107.89 | $125.00 | $2,993.27 |
| 19 | $150.00 | $775.00 | $746.46 | $555.55 | $500.00 | $31.47 | $1.90 | $107.89 | $125.00 | $2,993.27 |
| 20 | $150.00 | $775.00 | $746.46 | $555.55 | $500.00 | $31.47 | $1.90 | $107.89 | $125.00 | $2,993.27 |
| 21 | $150.00 | $775.00 | $746.46 | $555.55 | $500.00 | $31.47 | $1.90 | $107.89 | $125.00 | $2,993.27 |
| 22 | $150.00 | $775.00 | $746.46 | $555.55 | $500.00 | $31.47 | $1.90 | $107.89 | $125.00 | $2,993.27 |
| 23 | $150.00 | $775.00 | $746.46 | $555.55 | $500.00 | $31.47 | $1.90 | $107.89 | $125.00 | $2,993.27 |
| 24 | $150.00 | $775.00 | $746.46 | $555.55 | $500.00 | $31.47 | $1.90 | $107.89 | $125.00 | $2,993.27 |
| 25 | $150.00 | $775.00 | $746.46 | $555.55 | $500.00 | $31.47 | $1.90 | $107.89 | $125.00 | $2,993.27 |
| 26 | $150.00 | $775.00 | $746.46 | $555.55 | $500.00 | $31.47 | $1.90 | $107.89 | $125.00 | $2,993.27 |
| 27 | $150.00 | $775.00 | $746.46 | $555.55 | $500.00 | $31.47 | $1.90 | $107.89 | $125.00 | $2,993.27 |
| 28 | $150.00 | $775.00 | $746.46 | $555.55 | $500.00 | $31.47 | $1.90 | $107.89 | $125.00 | $2,993.27 |
| 29 | $150.00 | $775.00 | $746.46 | $555.55 | $500.00 | $31.47 | $1.90 | $107.89 | $125.00 | $2,993.27 |
| 30 | $150.00 | $775.00 | $746.46 | $555.55 | $500.00 | $31.47 | $1.90 | $107.89 | $125.00 | $2,993.27 |
| 31 | $150.00 | $775.00 | $746.46 | $555.55 | $500.00 | $31.47 | $1.90 | $107.89 | $125.00 | $2,993.27 |
| 32 | $150.00 | $775.00 | $746.46 | $555.55 | $500.00 | $31.47 | $1.90 | $107.89 | $125.00 | $2,993.27 |
| 33 | $150.00 | $775.00 | $746.46 | $555.55 | $500.00 | $31.47 | $1.90 | $107.89 | $125.00 | $2,993.27 |
| 34 | $150.00 | $775.00 | $746.46 | $555.55 | $500.00 | $31.47 | $1.90 | $107.89 | $125.00 | $2,993.27 |
| 35 | $150.00 | $775.00 | $746.46 | $555.55 | $500.00 | $31.47 | $1.90 | $107.89 | $125.00 | $2,993.27 |
| 36 | $150.00 | $775.00 | $746.46 | $555.55 | $500.00 | $31.47 | $1.90 | $107.89 | $125.00 | $2,993.27 |
| 37 | $150.00 | $775.00 | $746.46 | $555.55 | $500.00 | $31.47 | $1.90 | $107.89 | $125.00 | $2,993.27 |
| 38 | $150.00 | $775.00 | $746.46 | $555.55 | $500.00 | $31.47 | $1.90 | $107.89 | $125.00 | $2,993.27 |
| 39 | $150.00 | $775.00 | $746.46 | $555.55 | $500.00 | $31.47 | $1.90 | $107.89 | $125.00 | $2,993.27 |
| 40 | $150.00 | $775.00 | $746.46 | $555.55 | $500.00 | $31.47 | $1.90 | $107.89 | $125.00 | $2,993.27 |
| 41 | $150.00 | $775.00 | $746.46 | $555.55 | $500.00 | $31.47 | $1.90 | $107.89 | $125.00 | $2,993.27 |
| 42 | $150.00 | $775.00 | $746.46 | $555.55 | $500.00 | $31.47 | $1.90 | $107.89 | $125.00 | $2,993.27 |
| 43 | $150.00 | $775.00 | $746.46 | $555.55 | $500.00 | $31.47 | $1.90 | $107.89 | $125.00 | $2,993.27 |
| 44 | $150.00 | $775.00 | $746.46 | $555.55 | $500.00 | $31.47 | $1.90 | $107.89 | $125.00 | $2,993.27 |
| 45 | $150.00 | $775.00 | $746.46 | $555.55 | $500.00 | $31.47 | $1.90 | $107.89 | $125.00 | $2,993.27 |
| 46 | $150.00 | $596.70 | $746.46 | $555.55 | $500.00 | $31.47 | $1.90 | $107.89 | $125.00 | $2,814.97 |
| 47 | $150.00 | | $746.46 | $555.55 | $500.00 | $31.47 | $1.90 | $107.89 | $125.00 | $2,218.27 |
| 48 | $150.00 | | $746.46 | $555.55 | $500.00 | $31.47 | $1.90 | $107.89 | $125.00 | $2,218.27 |
| 49 | $150.00 | | $746.46 | $555.55 | $500.00 | $31.47 | $1.90 | $107.89 | $125.00 | $2,218.27 |
| 50 | $150.00 | | $746.46 | $555.55 | $500.00 | $31.47 | $1.90 | $107.89 | $125.00 | $2,218.27 |
| 51 | $150.00 | | $746.46 | $555.55 | $500.00 | $31.47 | $1.90 | $107.89 | $125.00 | $2,218.27 |
| 52 | $150.00 | | $746.46 | $555.55 | $500.00 | $31.47 | $1.90 | $107.89 | $125.00 | $2,218.27 |
| 53 | $150.00 | | $746.46 | $555.55 | $500.00 | $31.47 | $1.90 | $107.89 | $125.00 | $2,218.27 |
| 54 | $150.00 | | $746.46 | $555.55 | $500.00 | $31.47 | $1.90 | $107.89 | $125.00 | $2,218.27 |
| 55 | $150.00 | | $746.46 | $555.55 | $500.00 | $31.47 | $1.90 | $107.89 | $125.00 | $2,218.27 |
| 56 | $150.00 | | $746.46 | $555.55 | $500.00 | $31.47 | $1.90 | $107.89 | $125.00 | $2,218.27 |
| 57 | $150.00 | | $746.46 | $555.55 | $500.00 | $31.47 | $1.90 | $107.89 | $125.00 | $2,218.27 |
| 58 | $150.00 | | $746.46 | $555.55 | $500.00 | $31.47 | $1.90 | $107.89 | $125.00 | $2,218.27 |
| 59 | $150.00 | | $746.46 | $555.55 | $500.00 | $31.47 | $1.90 | $107.89 | $125.00 | $2,218.27 |
| 60 | $150.00 | | $746.46 | $555.55 | $500.00 | $31.47 | $1.90 | $107.89 | $125.00 | $2,218.27 |
| TOTAL | $9,000.00 | $35,471.70 | $44,787.60 | $33,333.00 | $30,000.00 | $1,888.20 | $114.00 | $6,473.40 | $7,500.00 | $168,567.90 |