

P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

☐ Customer service: 1.800.432.1000

En Español: 1.800.688.6086

✉ bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

SONIA LOPEZ
4287 EL ANTONIO PL
LAS VEGAS, NV 89121-6619

## Your Adv SafeBalance Banking
for December 10, 2022 to January 10, 2023

Account number: 0235

SONIA LOPEZ

## Account summary

| | |
|---|---:|
| Beginning balance on December 10, 2022 | $3,404.88 |
| Deposits and other additions | 4,280.00 |
| ATM and debit card subtractions | -5,670.87 |
| Other subtractions | -1,954.00 |
| Service fees | -4.95 |
| **Ending balance on January 10, 2023** | **$55.06** |

PULL: B   CYCLE: 6   SPEC: E   DELIVERY: E   TYPE:   IMAGE: I   BC: NV

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

**How to Contact Us** - You may call us at the telephone number listed on the front of this statement.

**Updating your contact information** - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

**Deposit agreement** - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

**Electronic transfers: In case of errors or questions about your electronic transfers** - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

**Reporting other problems** - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

**Direct deposits** - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2023 Bank of America Corporation

Bank of America, N.A. Member FDIC and  Equal Housing Lender



**BANK OF AMERICA**

SONIA LOPEZ  |  Account ███████0235  |  December 10, 2022 to January 10, 2023

## Deposits and other additions

| Date | Description | Amount |
|---|---|---|
| 12/19/22 | BKOFAMERICA ATM 12/18 #000008230 DEPOSIT GREEN VALLEY    HENDERSON   NV | 2,600.00 |
| 12/20/22 | BKOFAMERICA ATM 12/19 #000003117 DEPOSIT FLAMINGO/PINECREST LAS VEGAS    NV | 1,600.00 |
| 01/09/23 | BKOFAMERICA ATM 01/08 #000001804 DEPOSIT FLAMINGO/PINECREST LAS VEGAS    NV | 80.00 |

**Total deposits and other additions**  $4,280.00

## Withdrawals and other subtractions

### ATM and debit card subtractions

| Date | Description | Note | Amount |
|---|---|---|---|
| 12/12/22 | CHECKCARD 1211 ADOBE 408-536-6000 CA 24943002345700728589701 | Business | -99.00 |
| 12/12/22 | CHECKCARD 1211 AMZN MKTP US*6T1BM0YL3 AMZN.COM/BILLWA 24431062345083315305002 | Business | -7.13 |
| 12/12/22 | CHECKCARD 1210 TARGET      00002659 LAS VEGAS    NV 24164072345091007613056 | Other | -117.32 |
| 12/13/22 | CHECKCARD 1212 APPLEBEES WARM16216194 LAS VEGAS   NV 24164072346957969457261 | Other | -81.74 |
| 12/13/22 | CHECKCARD 1212 PP*DUTCHBROSLL GRANTS PASS  OR 24492152346894895648544 | Other | -15.06 |
| 12/13/22 | CHECKCARD 1213 CHEVRON 0207102 LAS VEGAS    NV 24692162347107756426512 | Fuel Busi | -67.73 |
| 12/13/22 | CHECKCARD 1212 CASH AMERICA #2012 LAS VEGAS   NV 24269752346900012000218 | Business | -1,065.00 |
| 12/14/22 | CHECKCARD 1212 TACO BELL 031902 LAS VEGAS    NV 24943002347838005994687 | Other | -2.92 |
| 12/14/22 | CHECKCARD 1212 LOS TACOS LAS VEGAS    NV 24431062347200188300377 | Other | -8.40 |
| 12/14/22 | CHECKCARD 1214 AAA INSURANCE 800-922-8228 CA 24692162348108622308057 | Business | -225.00 |
| 12/14/22 | CHECKCARD 1213 PHR*WestDermatology 702-9330225  NV 24906412347162786655078 | Medical | -42.22 |
| 12/15/22 | CHECKCARD 1213 TACO BELL 031902 LAS VEGAS    NV 24943002348838003908142 | Other | -2.92 |
| 12/15/22 | CHECKCARD 1213 ICHABODS LAS VEGAS    NV 24453882348000014600286 | Business | -86.53 |
| 12/15/22 | CHECKCARD 1213 LA NEVERIA ICE CREAM SH LAS VEGAS   NV 24603162348030043948295 | Business | -14.74 |
| 12/15/22 | CHECKCARD 1215 QUEST DIAGNOSTICS 702-733-7866 NV 24692162349109510947005 | Medical | -141.44 |

continued on the next page

---

**Save time this holiday season — bank online or with our mobile app.**

With Online and Mobile Banking,[1] managing your accounts is convenient and secure.



Scan this code using the camera on your smartphone to get started, or visit us online at **bankofamerica.com/OnlineBanking**.

When you use the QRC feature, certain information is collected from your mobile device for business purposes.
[1] Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.    SSM-08-22-0117.E  |  4804771

## Withdrawals and other subtractions - continued

### ATM and debit card subtractions - continued

| Date | Description | Annotation | Amount |
|---|---|---|---|
| 12/16/22 | CHECKCARD 1214 GREENS AND PROTEINS - S LAS VEGAS NV 24269792349500664116255 | | -32.67 |
| 12/16/22 | CHECKCARD 1214 TACO BELL 031902 LAS VEGAS NV 24943002349838001236883 | | -2.92 |
| 12/16/22 | CHECKCARD 1215 STARBUCKS STORE 06681 LAS VEGAS NV 24692162349109936741156 | | -8.56 |
| 12/16/22 | PURCHASE 1215 LYFT CANCEL FEE 855-865-9553 CA | CLT. TRANSPORT | -5.00 |
| 12/16/22 | CHECKCARD 1215 CHEVRON 0352287 LAS VEGAS NV 24692162349100077364767 | FUEL | -74.38 |
| 12/16/22 | CHECKCARD 1215 FINDLAY HONDA HENDERSON HENDERSON NV 24493982350207194800090 | AUTO | -500.00 |
| 12/19/22 | CHECKCARD 1215 TACO BELL 031902 LAS VEGAS NV 24943002350838005489260 | | -2.92 |
| 12/19/22 | CHECKCARD 1216 LYFT RIDE THU 8AM 855-865-9553 CA 24492152350745627413750 | CLT. TRANSPORT | -9.82 |
| 12/19/22 | CHECKCARD 1215 TACO BELL 031902 LAS VEGAS NV 24943002350838004433954 | | -2.92 |
| 12/19/22 | CHECKCARD 1215 MARKET@WORK 2067379149 RENTON WA 24431052350091100000996 | BUSINESS | -2.49 |
| 12/19/22 | CHECKCARD 1217 CLKBANK*COM_3DZBACF7 800-390-6035 ID 24692162351101396431860 | BUSINESS | -19.00 |
| 12/19/22 | CHECKCARD 1217 CLKBANK*COM_3DZBACB7 800-390-6035 ID 24692162351101396407225 | BUSINESS | -11.11 |
| 12/19/22 | CHECKCARD 1216 COSMOPROF #66234 HENDERSON NV 24137462351501104346499 | PERSONAL | -11.33 |
| 12/19/22 | CHECKCARD 1217 Audible*WD7V32OQ3 Amzn.com/billNJ 24692162351101390461681 RECURRING | BUSINESS | -14.95 |
| 12/19/22 | CHECKCARD 1217 TACO BELL 031902 LAS VEGAS NV 24943002352838009700249 | | -2.92 |
| 12/19/22 | CHECKCARD 1217 PP*DUTCHBROSLL GRANTS PASS OR 24492152351894152422874 | | -15.06 |
| 12/19/22 | PURCHASE 1219 LYFT RIDE SAT 2PM 855-865-9553 CA | CLT. TRANSPORT | -11.84 |
| 12/19/22 | CHECKCARD 1217 LOS TACOS LAS VEGAS NV 24431062352200188300577 | | -31.95 |
| 12/19/22 | PURCHASE 1218 SP BEACHWAVER CO HTTPSBEACHWAVIL | PERSONAL | -189.46 |
| 12/19/22 | THE NAIL BAR   12/18 #000005852 PURCHASE THE NAIL BAR   HENDERSON NV | PERSONAL | -95.00 |
| 12/19/22 | COSTCO WHSE #0   12/18 #000636993 PURCHASE COSTCO WHSE #0673 HENDERSON NV | BUSINESS | -366.24 |
| 12/19/22 | TJMAXX #0 480   12/18 #000604789 PURCHASE TJMAXX #0 480 N S HENDERSON NV | | -301.21 |
| 12/20/22 | CHECKCARD 1218 FAT BURGER #126 HENDERSON NV 24428062353300791972707 | | -27.19 |
| 12/20/22 | CHECKCARD 1219 BALLSTAEDT LAW FIRM, LL 702-7150000 NV 24207852353177500144336 | BK PMT | -1,551.00 |
| 12/20/22 | CHECKCARD 1219 PAPAYA LAS VEGAS NV 24493982354091111000398 | | -16.78 |
| 12/20/22 | 7-ELEVEN   12/19 #000547034 PURCHASE 7-ELEVEN  LAS VEGAS NV | FUEL | -104.72 |
| 12/21/22 | CHECKCARD 1219 TACO BELL 031902 LAS VEGAS NV 24943002354838001581579 | | -2.92 |
| 12/21/22 | CHECKCARD 1220 RAISING CANE'S 423 LAS VEGAS NV 24231682354970923044558 | | -34.88 |
| 12/21/22 | CHECKCARD 1219 LOS TACOS LAS VEGAS NV 24431062354200188300823 | | -5.96 |
| 12/21/22 | CHECKCARD 1220 NEVADA PAIN CARE LAS VEGAS NV 24755422354263545097908 | MEDICAL | -150.00 |
| 12/22/22 | CHECKCARD 1220 TACO BELL 031902 LAS VEGAS NV 24943002355838005534409 | | -2.92 |
| 12/22/22 | CHECKCARD 1220 LOS TACOS LAS VEGAS NV 24431062355200188300582 | | -22.59 |

*continued on the next page*

**BANK OF AMERICA**

SONIA LOPEZ  |  Acco▮▮▮▮▮▮▮▮ 0235  |  December 10, 2022 to January 10, 2023

## Withdrawals and other subtractions - continued

### ATM and debit card subtractions - continued

| Date | Description | Amount |
|---|---|---|
| 12/22/22 | CHECKCARD  1221 JACK IN THE BOX 7262 LAS VEGAS    NV 24692162355105099513169 | -1.72 |
| 12/22/22 | CHECKCARD  1220 TACO BELL 031902 LAS VEGAS    NV 24943002355838000481580 | -8.33 |
| 12/22/22 | CHECKCARD  1221 KFC D212100 LAS VEGAS    NV 24943002356400059000602 | -8.66 |
| 12/23/22 | CHECKCARD  1221 TACO BELL 031902 LAS VEGAS    NV 24943002356838007292708 | -2.92 |
| 12/27/22 | CARDENAS  4500  12/23 #000528862 PURCHASE CARDENAS  4500 E    LAS VEGAS    NV | -21.39 |
| 01/10/23 | CHECKCARD  0109 BR BUMPER.COM 332-225-9745 NY 24492153009745018411671 RECURRING | -19.99 |

**Total ATM and debit card subtractions**  -$5,670.87

### Other subtractions

| Date | Description | Amount |
|---|---|---|
| 12/20/22 | Zelle Transfer Conf# dv44zc01h; JOHN house for rent Mtn Vista Harmon | -1,900.00 |
| 12/20/22 | Zelle Transfer Conf# ftj7g7wu9; JOHN house for rent Mtn Vista Harmon | -54.00 |

**Total other subtractions**  -$1,954.00

### Service fees

| Date | Transaction description | Amount |
|---|---|---|
| 01/10/23 | Monthly Maintenance Fee | -4.95 |

**Total service fees**  -$4.95

*Note your Ending Balance already reflects the subtraction of Service Fees.*

Braille and Large Print Request - You can request a copy of this statement in Braille or Large Print by calling 800.432.1000 or going to bankofamerica.com and enter Visually Impaired Access from the home page.

This page intentionally left blank