
**BANK OF AMERICA**

P.O. Box 15284
Wilmington, DE 19850

SONIA LOPEZ
4287 EL ANTONIO PL
LAS VEGAS, NV 89121-6619

### Customer service information

📞 Customer service: 1.800.432.1000

En Español: 1.800.688.6086

✉️ bankofamerica.com

✉️ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

🔔 Please see the **Important Messages - Please Read** section of your statement for important details that could impact you.

## Your Adv SafeBalance Banking

for January 11, 2023 to February 7, 2023

**SONIA LOPEZ**

Account number: ███████ 0235

### Account summary

| | |
|---|---|
| Beginning balance on January 11, 2023 | $55.06 |
| Deposits and other additions | 2,940.00 |
| ATM and debit card subtractions | -2,768.33 |
| Other subtractions | -225.00 |
| Service fees | -4.95 |
| **Ending balance on February 7, 2023** | **-$3.22** |

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

**How to Contact Us** - You may call us at the telephone number listed on the front of this statement.

**Updating your contact information** - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

**Deposit agreement** - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

**Electronic transfers: In case of errors or questions about your electronic transfers** - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

**Reporting other problems** - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

**Direct deposits** - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2023 Bank of America Corporation



Bank of America, N.A. Member FDIC and     Equal Housing Lender

SONIA LOPEZ  |  Account ████████ 0235  |  January 11, 2023 to February 7, 2023

## Withdrawals and other subtractions - continued

### ATM and debit card subtractions - continued

| Date | Description | | Amount |
|---|---|---|---|
| 02/01/23 | TJMAXX #0 4486  02/01 #000364282 PURCHASE TJMAXX #0 4486 N  LAS VEGAS    NV | *Personal* | -222.30 |
| 02/02/23 | PURCHASE  0202 BAMBOO INSURANCE 833-922-6266 CA | *Business* | -654.71 |
| 02/02/23 | TJMAXX #0 4486  02/01 #000458691 PURCHASE TJMAXX #0 4486 N  LAS VEGAS    NV | *Personal* | -213.47 |
| 02/03/23 | CHECKCARD  0201 SPI*NV ENERGY 800-331-3103 NV 24445003033100284158090 | *Living* | -219.75 |
| 02/03/23 | CHECKCARD  0201 ROUND TABLE PIZZA 995 LAS VEGAS    NV 24013393033000132945234 | *Living* | -43.96 |
| 02/07/23 | CHECKCARD  0205 TACO BELL 031902 LAS VEGAS    NV 24943003037838000983910 | *Other* | -2.92 |
| **Total ATM and debit card subtractions** | | | **-$2,768.33** |

### Other subtractions

| Date | Description | | Amount |
|---|---|---|---|
| 02/01/23 | Zelle Transfer Conf# ed8g21msa; REBEKAH CICHOSKI | *Business* | -225.00 |
| **Total other subtractions** | | | **-$225.00** |

## Service fees

| Date | Transaction description | | Amount |
|---|---|---|---|
| 02/07/23 | Monthly Maintenance Fee | *Other* | -4.95 |
| **Total service fees** | | | **-$4.95** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

Braille and Large Print Request - You can request a copy of this statement in Braille or Large Print by calling 800.432.1000 or going to bankofamerica.com and enter Visually Impaired Access from the home page.

**BANK OF AMERICA**

SONIA LOPEZ  |  Accou███████0235  |  January 11, 2023 to February 7, 2023

## Deposits and other additions

| Date | Description | | | Amount |
|------|-------------|---|---|-------:|
| 01/27/23 | BKOFAMERICA ATM 01/27 #000003440 DEPOSIT GREEN VALLEY | HENDERSON | NV | 1,000.00 |
| 01/27/23 | BKOFAMERICA ATM 01/27 #000008414 DEPOSIT PECOS BRANCH | LAS VEGAS | NV | 500.00 |
| 01/31/23 | BKOFAMERICA ATM 01/31 #000003725 DEPOSIT PECOS BRANCH | LAS VEGAS | NV | 340.00 |
| 02/01/23 | BKOFAMERICA ATM 02/01 #000004603 DEPOSIT GREEN VALLEY | HENDERSON | NV | 700.00 |
| 02/01/23 | BKOFAMERICA ATM 02/01 #000004606 DEPOSIT GREEN VALLEY | HENDERSON | NV | 400.00 |
| **Total deposits and other additions** | | | | **$2,940.00** |

## Withdrawals and other subtractions

### ATM and debit card subtractions

| Date | Description | | Amount |
|------|-------------|---|-------:|
| 01/11/23 | PURCHASE  0111 LYFT  RIDE MON 3PM 855-865-9553 CA | *Business Transport* | -10.99 |
| 01/17/23 | CHECKCARD  0117 Audible*W193028D3 Amzn.com/billNJ 24692163017104350056396 RECURRING | *Business* | -14.95 |
| 01/23/23 | CHECKCARD  0121 PP*DUTCHBROSLL GRANTS PASS  OR 24492153022894744302516 | *Other* | -17.32 |
| 01/26/23 | Wal-Mart Super  01/26 #000228701 PURCHASE Wal-Mart Super Ce  LAS VEGAS  NV | *Living* | -2.36 |
| 01/27/23 | COSTCO WHSE #0  01/27 #000432280 PURCHASE COSTCO WHSE #0673 HENDERSON  NV | *Living* | -2.90 |
| 01/27/23 | THE NAIL BAR  01/27 #000015022 PURCHASE THE NAIL BAR  HENDERSON  NV | *Living* | -35.00 |
| 01/30/23 | PURCHASE  0128 BAMBOO INSURANCE 833-922-6266 CA | *Business* | -634.15 |
| 01/30/23 | CHECKCARD  0128 PINKBOX DOUGHNUTS SUNSE LAS VEGAS  NV 24269793029500591455037 | *Other* | -3.40 |
| 01/30/23 | CHECKCARD  0127 FARMERS INS BILLING 877-327-6392 CA 24692163027102032939854 | *Busines* | -300.66 |
| 01/30/23 | CHECKCARD  0127 COSTCO WHSE #0673 HENDERSON  NV 24943003028898000023514 | *Living* | -366.58 |
| 01/30/23 | CHECKCARD  0128 BR BUMPER.COM 332-225-9745 NY 24492153028715821494732 RECURRING | *Busines* | -19.99 |
| 01/31/23 | CHECKCARD  0129 TACO BELL 031902 LAS VEGAS  NV 24943003030838009726721 | *Other* | -2.92 |

*continued on the next page*

---

🐂 Merrill

## Is $1,000,000 enough to retire?

Find out with the Merrill® Personal Retirement Calculator at **merrilledge.com/findout**.

**Investing in securities involves risk, and there is always potential of losing money when you invest in securities.**
Merrill Lynch, Pierce, Fenner & Smith Incorporated ("MLPF&S" or "Merrill") makes available certain investment products sponsored, managed, distributed or provided by companies that are affiliates of Bank of America Corporation ("BofA Corp."). MLPF&S is a registered broker-dealer, registered investment adviser, Member SIPC and a wholly owned subsidiary of BofA Corp. Banking products are provided by Bank of America, N.A., and affiliated banks, Members FDIC and wholly owned subsidiaries of BofA Corp.

Investment products:  | Are Not FDIC Insured | Are Not Bank Guaranteed | May Lose Value |

SSM-10-22-0405.B  |  5054640

## Important Messages - Please Read

We want to make sure you stay up-to-date on changes, reminders, and other important details that could impact you.

**Here is what you need to know about changes related to ATM and Debit Card fees.**

- On September 19, 2022, we stopped charging a $5 Replacement ATM/Debit Card Fee if your card needs to be replaced.

- Starting May 23, 2023, we will stop charging an International Transaction Fee when an international purchase is processed in U.S. dollars.

  International purchases processed in a foreign currency will continue to be charged an International Transaction Fee equal to 3% of the U.S. dollar amount of the transaction.

This page intentionally left blank